IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DINNETTAR COLLINS                                                                               PLAINTIFF

V.                                         NO. 2:04CV00058 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                       DEFENDANT

JUDGMENT

Pursuant to the Memorandum and Order filed in this matter this date, the final decision of the Commissioner is reversed and remanded for entry of an award of benefits appropriate for the period at issue.

IT IS SO ORDERED this 21st day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE